**Otis WHITLOW, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 28374.**

Court of Criminal Appeals of Texas.

June 6, 1956.

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The conviction is for unlawfully driving a motor vehicle upon a public highway while

under the influence of intoxicating liquor; the punishment, three days in jail and a fine of $100.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.